■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. SHIRLEY X.S., Appellant, v FORREST R., Respondent; ADMINISTRATION FOR CHILDREN'S SERVICES, Nonparty Respondent. [954 NYS2d 483]—

The issues raised in the instant proceeding were properly referred to the Family Court, Kings County, where related matters were pending (*see Matter of Minella v Amhrein*, 131 AD2d 578, 579 [1987]; *People ex rel. Morgan v Morgan*, 79 AD2d 1060 [1981]), and an order dated August 24, 2010, had been entered from which an appeal to this Court was pending (*see Matter of Forrest S.-R. (Shirley X.S.)*, 101 AD3d 734 [2012] [decided herewith]). A habeas corpus proceeding is not a method of seeking collateral review of a determination in lieu of an appeal (*see People ex rel. Williams v Scully*, 107 AD2d 729 [1985]; *People ex rel. Melvin v Warden Orange County Jail*, 94 AD2d 808 [1983]; *Matter of Raysor v Stern*, 68 AD2d 786 [1979], *cert denied* 446 US 942 [1980]). Dillon, J.P., Austin, Sgroi and Cohen, JJ., concur.